# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>__Michael Boggs__<br>*Defendant* | )<br>)<br>)<br>)   Case No. 1:19-CR-0244-01<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☒ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| Place: Federal Building, 228 Walnut Street, Harrisburg, PA | Courtroom No.: | 3, 8th Floor |
|---|---|---|
| | Date and Time: | September 24, 2019 @ 11:00 AM |

This offense is briefly described as follows:

Initial Appearance/Arraignment/Guilty Plea

Date: September 3, 2019

*Issuing officer's signature*

Mark J. Armbruster, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____          _____
*Server's signature*

*Printed name and title*